N/S
fee
paid

1  Name: DOMINIQUE MORENO-
               BALTIERRA

2  Address:

3      645 WEST 9TH ST
       # 110-401

4  Phone: LA CA 90015

5  Fax: _____

6  In Pro Per

7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

BY FAX
FILED

2012 DEC -6 AM 11:40
CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF.
LOS ANGELES

10  DOMINIQUE MORENO-
     BALTIERRA

CASE NUMBER: CV12-10445 JVS(MAN)

11

12                                         Plaintiff

To be supplied by the Clerk of
The United States District Court

13  v.

14  CHILD PROTECTIVE SERVICES
    (County LOS ANGELES);
15  CPS SUPERVISOR: GUZMAN,
    MARGARITA & CPS INTAKE WORKER

16                                         Defendant(s).

16  Azucena, Alejandra;
17  CPS COUNSEL (SAME OFFICE
18  AS Azucena & Guzman);
19  ~~DOES I-V~~
    JASON STEINBERG, J.D.;
20
21  MICHAEL KELLY J.D & ASSOC;
22  DOES I-V.

* EX PARTE NOTICE & Application
For EXTRA ORDINARY RELIEF
ATTACHED.

**COMPLAINT**

REQUEST FOR JURY TRIAL
BUT ALSO REQUEST TRANSFER
to DISTRICT COURT
DISTRICT OF COLUMBIA TO                  Initial
BE JOINED TO Action ____           Removal
Title 28 U.S.C. Section 1441
COMPLAINT FOR VIOLATIONS
OF:
1) 42 U.S.C. § 1983/
2) U.S. CONST. AMEN XIV;
2) U.S. CONST. AMEN IV
3) 5 U.S.C. § 552(a)(4)(5)
FOR PUNITIVE, Exemplary
& GENERAL DAMAGES
IN THE AMOUNT OF
4 MILLION USA Dollars
EQUITABLE Relief &
any and all other RELIEF
USA DISTRICT COURTS
shall deem proper.

CV-126 (09/09)               **PLEADING PAGE FOR A COMPLAINT**
                                        1



1  PLAINTIFF DOMINIQUE MORENO-BALTIERREA
2  brings this action and will invite the
3  "SAVE THE CHILDREN COALITION"
4  FAMILY DEFENSE CENTER'S DIANE REDLEAF
5  and LAWRENCE Adams, Advocacy Ambassador
6  for International Advocacy for children. also submit
7  Amicus Curiae Briefs in this Action brought
8  by Plaintiff who removes her bifurcated so
9  that the Domestic Violence factors of emotional,
10  intellectual and/or verbal abuse that now may
11  have incorporated "Anonymous Tips" to FIRST
12  Defendant Child Protective Services, Los Angeles County
13  may be left; with this Removal permitted by
14  Title 28 U.S.C. Section 1441 being symbolic
15  as well that women as spouses and as mothers
16  of Infants that have thrived solely because of
17  the Mother's economic success, stability as in this
18  case, may be heard alone without the cacophony
19  of lies, distortions that led to an Anonymous
20  completely FALSE, malicious and negligent for
21  not only was Plaintiff victimized by this
22  Hate Crime based on intentional ethnicity based
23  disparity and use of in this case completely
24  unfounded extreme "Removal" Temporary Custody

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Ex-Parte Notice of
Ex Application for
Extraordinary
Relief:
ORDERS
1) Bifurcation of
Co-Defendant
Dominique Moreno-
Bauturria
natural Mother of healthy
Infant, showing
and in Kinship
care Continuity
nurturing existing
since before birth
from other Co-Defendant
with Removal of only
co-defendant Moreno-
DANIELLE Moreno-
Bauturria's STATE
Child Depndcy Case
to Federal Court.

2) STAY of All
Further STATE
Proceedi with na
Removal to Federal
court with
Ptansfer to District
of Columbia and

5 U.S.C § 552
which provides that
an action may
be brought in
u____ d in the
District Columbi

[Freedom of Informati]

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM

Authority for Civil Cover Sheet

The CV-71 (JS-44 ) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I. (a)  PLAINTIFFS - DEFENDANTS. Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a Government Agency use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official giving both name and title.

   (b)  Attorneys. Enter firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section ("see attachment"). Refer to Local Rules 83-2.7 and 41-6 for further information regarding change of attorney name, address, firm association, phone number, fax number or e-mail address, and dismissal of action for failure of pro se plaintiff to keep Court apprised of current address.

II.   JURISDICTION. The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdiction be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

      United States Plaintiff.  (1) Jurisdiction is based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

      United States Defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

      Federal Question. (3) This refers to suits under 28 U.S.C. 1331 where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, and act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code take precedence and box 1 or 2 should be marked.

      Diversity of Citizenship.  (4) This refers to suits under 28 U.S.C. 1332 where parties are citizens of different states. When box 4 is checked, the citizenship of the different parties must be checked. (See Section III below) (Federal question actions take precedence over diversity cases.)

III.  RESIDENCE (CITIZENSHIP) OF PRINCIPAL PARTIES. This section of the CV-71(JS-44) is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV.   ORIGIN. Place an "X" in one of the seven boxes:

      (1)  Original Proceedings. Cases which originate in the United States District Courts.
      (2)  Removed from State Court. Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C. Section 1441. When the petition for removal is granted, check this box.
      (3)  Remanded from Appellate court. Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
      (4)  Reinstated or Reopened. Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
      (5)  Transferred from Another District. For cases transferred under Title 28 U.S.C. Section 1404(a). DO NOT use this for within-district transfers or multidistrict litigation transfers. When this box is checked, DO NOT check (6) below.
      (6)  Multidistrict Litigation. Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, DO NOT check (5) above.
      (7)  Appeal to District Judge from Magistrate Judge Judgment. Check this box for an appeal from a magistrate judge's decision.

V.    REQUESTED IN COMPLAINT.
      *Class Action.* Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
      *Demand.* In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.
      *Jury Demand.* Check the appropriate box to indicate whether or not a jury is being demanded.

VI.   CAUSE OF ACTION. Report the civil statute directly related to the cause of action and give a brief description of the cause of action. Do not cite jurisdictional statutes unless diversity.                 Example: U.S. Civil Statue: 47 USC 553
                                      Brief Description: Unauthorized reception of cable service

VII.  NATURE OF SUIT. Place an "X" in the appropriate box. MARK ONE BOX ONLY. If the cause of action fits more than one nature of suit, select the one that best describes your cause of action..

VIII (a) IDENTICAL CASES. Indicate if an identical action has previously been filed and dismissed, remanded or closed. Insert the docket number and judge's name, if applicable.
     (b) RELATED CASES. This section of the CV-71 (JS-44)) is used to reference related cases, if any. If there are related cases, insert the docket numbers and the corresponding judge's name for each case. Check all boxes that apply.

IX.   VENUE. This section of the CV-71 (JS-44) is used to identify the correct division in which the case will be filed. Indicate the county in this district; state, if other than California; or foreign country where each plaintiff and defendant resides at the time of filing; and where each claim arose in sections (a), (b), and (c), respectively.

      If the United States government, an agency or employee there of is a plaintiff and/or defendant, place an "X" in the appropriate box(es).

      In land condemnation cases, use the location of the tract of land involved..

X.    Attorney or party appearing pro per must sign and date this form.

CV-71A (09/10) (JS-44 amended 11/04)                    INSTRUCTIONS FOR CIVIL COVER SHEET                                    Page 1 of

of her Infant daughter, age (5 months), who
as seen by countless witness over the entire
15 months and especially during the time frame
in question, as the Infant had "authorized
by the natural Mom who has been the sole
provider and sole individual with acted steadfast
loving care for the Baby's physical needs, is
thriving, normal in, and exceeding Developmental/
Intellectual milestones.

That this Action is brought forth for
violations of the equal protection clauses of
the United States & CALIFORNIA Constitutions;
the FREEDOM of Information Act 5 U.S.C. § 552 (a)(4)(f)
among others. Plaintiff's claims are based on
Defendant's intentional race-based exclusion
of and discrimination against "Latino families
and individuals"; and on the unjust ethnically
disparate impact of FIRST Defendant's
Policies & practices upon them. Plaintiff alleges
upon personal knowledge with respect to self
and her own acts and upon information & belief
with respect to all other matters, as follows:

NATURE of the Action

1. Through this action Plaintiff seeks
to end the CALIFORNIA & nationwide
policies & practices that "target" certain Mexican

1  for intimidation, harrassment and exclusion
2  from the protection of due process guaranteed
3  by 4TH & 14TH USA Constitutional Amendment.
4
5  Placing such "innocent victims/individuals"
6  who are/maybe as PLAINTIFF, head of Household
7  productive bread-winers and even community
8  role models for their Professional achievement
9
10  whose lives are totally disrupted, attacked and
11  "turned" upside down" by negligent acts;
12  fraudulent accusation; by Defendants which
13
14  thrust into proceedings which are TOTALLY
15  without basis for this particular PLAINTIFF
16        The goal of this Action and its invitation
17  for Amicus Curiae is to STOP once and for
18  all wrongful "immediate" Removals both
19  without warrants initially and those challenged
20
21  immediately as this one, which did not
22  permit "Removal" because the "USA citizens
23  who are the entire FAMILY but specifically
24  the infants and the Kinship Care maternal
25  grandmother who is a USA medical school graduate
26  with Honors and who practiced Emergency Medicine
27  under her Federation of Medical Board Verified "License"
28

1  without any state action for many years
2  including the 10,000 hours of Active Attorney
3  status over 5 yrs time required to "sit"
4  for the Board of which she was found eligible
5  in emergency Medicine, had notarized authoriz-
6  to travel. The material grandmother was
7  enjoy along with 250+ other health professional
8  who witnessed and enjoyed the bright, wonderfully
9  inquisitive and certainly visible as she would
10  were along on her feet along the body to soften
11  naval 15 would do, much above average in
12  milestone achievement. Yet this was a report
13  "Anonymous Tip" pig-headedly pursued by CPS for
14                                      Child Dignity cust.
15  3.   Despite
     many Requests for both
16  the case the [ Cprs morning
17  of the initial reports made by the
18  Caseworkers which Plaintiff believes are
19  fraudulent and deceived the Judge to
20  issue wrongful temporary custody Orders
21

22  4. As per precedent cases, across the Country now
23  and herein incorporated to inform Court
24  that many Judicial dealings allow this Court
25  to also grant the Relief that a very large
26  number of Significant prevailing cases of this same
27  complaints against Un-Constitutional practices by CPS—
28  to both provide the Extraordinary Relief requested and

FIRST Cause of Action

Wrongful Interference with Plantiff Dominique BALTIERRA's Constitutional Right to raise her child Alanette, without governmental interference

Precedent Case on clear,

Fogarty Hardwick v County of Orange et al superior court of Calif. county of orange Court # 01CC02379.

Plantiff Dominique Moreno-Baltierra also alleges & has experienced Case Worker and her Supervisor violated the parental rights of Dominique Moreno Baltierra as guaranteed by 4th & 14th Amendment to the United States Constitution, recklessly, maliciously & negligently thrusting Plantiff into disruptive legal proceedings called "Child Dependency Court actions" that should never had arisen as the "Anonymous Tip" contrasted with the Reality of both the premier living situation of the child with her Man (Plantiff) a Professional Salaried top man & her Maternal Grandma (Physician by backgnd again work for many years)

SECOND CAUSE / THIRD CAUSE OF ACTION
CIVIL RIGHTS VIOLATIONS 42 USC § 1983.

This abbreviated Complaint with its accompanying Ex-Parte Notice & Application for Extraordinary Relief has been filed to allow the "Cease & Desist" to First Defendant CPS (Child Protective Services) to issue and under the Last Cause of Action, "Freedom of Information Act" that the "Disgalt Report" which was named "Anonymous Tip" in this matter finally be given to both This Central District of CALIFORNIA Court for its Review & also transferred also issued to the District of Columbia, USA District Court in which a filing that will Join this Civil Action for Damages will also exist. Plaintiff needs LEAVE TO complete other Causes of Action but thinks the Court to Remedy this critical subject matter to be actively litigated, especially if Petition to Proceed in Forma Pauperis granted with "statutory review time" such that within 10 days both Summons & Complaint Defendants may issue & Extraordinary Relief also immediately begin

Respectfully submitted

Dominique MB
For Petitioner
Pro Se Litigant
Complaint's

Dated November 29, 2012

was no basis to do so; using trickery and fabricated evidence; and failing to adequately train employees regarding the Constitutional rights of parents.

Lead trial attorney Shawn A. McMillan states "My client Deanna Fogarty-Hardwick, is satisfied by the Jury's recognition of the harm that the defendants caused her. But, obviously, no amount of money can ever undo the damage inflicted upon Ms. Fogarty-Hardwick or her children. We expect the Jury's 4.9 million dollar verdict will cause the County of Orange and its Department of Social Services to implement procedures to prevent future abuses by County social workers and protect other families."

San Diego Lawyer Shawn A. McMillan, of the Law Offices of Shawn A. McMillan, was trial counsel in the case. Attorney Sondra S. Sutherland was co-counsel.
For additional information, contact:
Shawn A. McMillan, Esq.
THE LAW OFFICES OF SHAWN A. McMILLAN, A.P.C.
4955 Via Lapiz
San Diego, California 92122
Telephone: (858) 646-0069
Facsimile: (206) 600-4582
Website: www.mcmillan-law.com

# Judge Approves Settlement of Class-action Lawsuit; Full-scale Reform of Tennessee Child Welfare Syst

**PRESS RELEASE**

Outside experts and independent monitor to guide and enforce comprehensive reform of state's Department of Children's Services.

A federal district judge released his decision today approving a settlement reached by all parties in Brian A. v. Sundquist, the child welfare reform class-action lawsuit in Tennessee. Court approval of the settlement sets in motion an unprecedented approach to full-scale reform of Tennessee's dangerously troubled Department of Children's Services (DCS). Under court order, DCS will work closely with a team of five independent child welfare experts who will guide and assist in a comprehensive reform of the state-run foster care system. Sheila Agneil, a child welfare expert from Kansas City, Missouri, will serve as an independent monitor to ensure state compliance.

Learn More (http://images.adoption.com/adclick.php?bannerid=6351&zoneid=530&source=&dest=http
%3A%2F%2Fwww.adoptionnetwork.com%2Fadoptiveparents%2Fdomestic-
adoption.shtml%3Fgcid%3DC13083x749&ismap=) Pregnant? Click Here (http://images.adoption.com
/adclick.php?bannerid=6351&zoneid=530&source=&dest=http%3A%2F
%2Fwww.adoptionnetwork.com%2Fbirthmother-unplanned-pregnancy%2Funplanned-
pregnancy.htmlC13083x739&ismap=)

The innovative settlement was agreed to in May 2001 by counsel for plaintiff children, Children's Rights, a national non-profit children's advocacy organization, and law firms in Nashville, Memphis and Knoxville, and by the State Attorney General. The lawsuit was filed in May 2000 against Governor Donald Sundquist and George Hattaway, Commissioner of DCS, for failure to protect the approximately 10,000 children dependent on DCS for care and protection.

San Diego, California 92122
Telephone: (858) 646-0069
Facsimile: (206) 600-4582
Website: www.mcmillan-law.com (http://www.mcmillan-law.com/)


## ORANGE COUNTY CALIFORNIA

Orange County Jury Awards Mom $4.9 Million Against Department of Social
Services and its CPS Workers; Punitive Damages to Follow
Orange County Jury finds Orange County, its CPS workers and the Department of Social
Services agency liable to mother for $4.9 million in compensatory damages for constitutional
rights violations arising from interference with association with children. Punitive damages to be
determined against the individual CPS workers.
San Diego, CA (PRWeb) March 25, 2007 --
RE: Fogarty-Hardwick v. County of Orange, et al.
Superior Court of California, County of Orange
Case No. 01CC02379 (Trial before Hon. Ronald L. Bauer, Dept. CX103)
On March 23, 2007, the Orange County Social Services Agency and two of its Social Workers, Marcie Vreeken
and Helen Dwojak were found liable for violating the parental rights of Deanna Fogarty-Hardwick, as guaranteed
under the Fourth and Fourteenth Amendments to the United States Constitution. The jury found 10-2 in favor of
the Plaintiff and awarded $4.9 million in economic and non-economic damages. The punitive damages phase of
the trial will begin on Tuesday, March 27, 2007.

The verdict follows the filing of a civil suit for civil rights violations by Deanna Fogarty-Hardwick, a mother of
two minor children, against the Orange County Department of Social Services and three of its social workers.
The Plaintiff Deanna Fogarty-Harwick sued defendants County of Orange, Orange County Social Services
Agency, Marcie Vreeken, Elaine Wilkins, and Helen Dwojak.

The Jury found against the Plaintiff and for Defendant Elaine Wilkins, by a 10-2 jury vote.
This case was brought by Plaintiff against Defendants to recover damages arising from Defendants alleged
violations of Ms. Fogarty's constitutional rights to raise and associate with her children, free from governmental
interference.

Ms. Fogarty-Hardwick alleged that social workers Marcie Vreeken, Elaine Wilkins, and Helen Dwojak caused
Ms. Fogarty-Hardwick's children to be removed from her custody without cause, and continued to detain them
without cause, violating Ms. Fogarty-Harwick's Constitutional right to familial association. Ms.
Fogarty-Hardwick alleged that these defendants, while working as social workers for Orange County Social
Services, intentionally fabricated evidence to obtain a court order to detain Ms. Fogarty-Hardwick's two young
daughters on February 17, 2000. Ms. Fogarty-Hardwick also alleged that Orange County Social Services, Marcie
Vreeken, Elaine Wilkins, and Helen Dwojak maliciously failed to provide the court with exculpatory information,
and filed false reports in furtherance of the effort to keep Ms. Fogarty-Hardwick separated from her children.
The second civil rights claim alleged that the policies, practices, or procedures employed by Orange County
Social Services and the County of Orange in the removal of Plaintiff's children from her care also violated Ms.
Fogarty-Harwick's constitutional rights, under the Fourth and Fourteenth Amendments to the United States
PRWeb eBooks - Another online visibility tool from PRWeb

Constitution, and to raise and associate with her children free from governmental interference. The unlawful
policies, practices or procedures pertained to the detention of children without a finding of imminent danger or
serious physical injury; interviewing children without a parent present; continuing detention after learning there

# FREE THE CHILDREN COALITION

## SETTING THE CAPTIVES FREE

---

## LOS ANGELES COUNTY - CALIFORNIA

Los Angeles County Settles Civil Rights Case Arising From Alleged Misconduct of its Social Workers for $220,000.

The County of Los Angeles settled a civil rights action brought by the grandparents of two minors for the warrantless removal of the children from their home in violation of the family's constitutional rights to familial association free from unwarranted government interference. The County of Los Angeles, while denying the allegations of the complaint, agreed to pay $220,000 to settle the case. Approval of the settlement by the Los Angeles County Board of Supervisors is pending.

San Diego, CA March 13, 2009

RE: Marshall v. County of Los Angeles, et al.
Superior Court of California, County of Los Angeles
Case No. BC 377071
Judge: Hon. Kenneth R. Freeman, Dept. 64

Frank and Ola Marshall, the maternal grandparents of the two minors who were removed from their home and detained in foster care for forty-four days in 2006, alleged that social workers removed the children in the absence of probable cause and without first obtaining a warrant to do so. The Marshalls also alleged that once the children were removed from the home, social workers intentionally fabricated evidence and suppressed material exculpatory evidence, among other things, as part of their effort to continue to detain the children.

The suit also alleged that the policies, practices, or procedures employed by Los Angeles County Social Services in the removal of Plaintiffs' grandchildren from the their care violated the family's constitutional rights, under the Fourth and Fourteenth Amendments to the United States Constitution. The alleged unlawful policies, practices or procedures pertained to the removal of children without first obtaining a warrant to do so; the removal of children absent evidence to support a suspicion of imminent danger or serious physical injury; continuing detention of children after learning there was no basis to do so; and, failing to adequately train employees regarding the Constitutional rights of parents and grandparents who have a long standing custodial relationship with their grandchildren.

Los Angeles County and the individual social worker defendants deny any wrongdoing.

Lead counsel Shawn A. McMillan states "Our clients are hopeful this case will cause the County and its Department of Social Services to implement procedures to prevent future similar conduct by County social workers and protect other families."

San Diego area attorneys Shawn A. McMillan, of the Law Offices of Shawn A. McMillan, APC., Donnie R. Cox and Dennis Atchley of the Law Offices of Donnie E. Cox (Oceanside), and Paul Leehey along with Los Angeles area attorney Robert Howell, of the Law Offices of Howell & Howell were Plaintiffs' counsel in the case.

For additional information, contact:

Shawn A. McMillan, Esq.
THE LAW OFFICES OF SHAWN A. McMILLAN, A.P.C.
4955 Via Lapiz

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☒) *PENDING MTY*

DOMINIQUE MORENO-BALTIERRA

**DEFENDANTS**
1) CHILD PROTECTIVE SERVICES (CPS) County OF LOS ANGELES
2) CPS SUPERVISOR: GUZMAN, MARGARIT CPS INTAKE WORKER AZUCENA, Alejan
3) CPS COUNSEL (SAME OFFICE) Azuce
4) JASON STEINBERG, JD   Guzman
5) MICHAEL KELLY & ASSOC JD!

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) ☒ *POSSIBLE SUBSTITUTION OF ATTORNEY - WILL HAVE PARTY NOTIFY COURT ASAP.*

**Attorneys (If Known)**

---

## II. BASIS OF JURISDICTION (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (Place an X in one box only.)

☐ 1 Original Proceeding   ☒ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

## V. REQUESTED IN COMPLAINT: JURY DEMAND: ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

*3 MILLION for this plaint*

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☐ No   ☒ **MONEY DEMANDED IN COMPLAINT: $** 10 MILLION *after transf*

## VI. CAUSE OF ACTION (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.) *to U.S. Fed Ct*

42 USC §1983; US CONST AMEND 14TH & 4TH; Title 28 U.S.C. Sec 1441

## VII. NATURE OF SUIT (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus-Alien Detainee | ☒ 440 Other Civil Rights | ☐ 690 Other | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**BY FAX**

**FOR OFFICE USE ONLY:**  Case Number: **CV12-10445**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                    CIVIL COVER SHEET                    Page 1 of 2

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _Dominique MB_     Date _Nov 30, 2012_

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |