UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIQUE MORENO-BALTIERRA, | NO. CV 12-10445-JVS (MAN) |
| Plaintiff, | |
| v. | JUDGMENT |
| CHILD PROTECTIVE SERVICES, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: February 19, 2013.

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE